DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL WALKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0579

[December 31, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott I. Suskauer, Judge; L.T. Case No. 502013CF003226CXXXMB.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***